**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 15 |
| MURRAY HOLDINGS LIMITED,[1] | : | Case No. 15-11231 (MG) |
| Debtor in a Foreign Proceeding. | : | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
) ss:
COUNTY OF KINGS )

I, Robert Rotman, declare:

1. I am over the age of 18 years and not a party to this chapter 15 case.

2. I am employed by Donlin, Recano & Company, Inc., 6201 15th Avenue, Brooklyn, NY 11219.

3. On the 15th day of May, 2015, I caused a true and accurate copy of the:

   (i) "Order (I) Specifying the Form and Manner of Notice, (II) Scheduling the Recognition Hearing and (III) Granting Certain Related Relief", along with the relevant exhibits (Docket No. 21); and the

   (ii) "Notice of Filing of Petition and Hearing for Recognition of Isle of Man Scheme Proceedings as a Foreign Main Proceeding Under Chapter 15 of the United States Bankruptcy Code", along with the relevant exhibit (Docket No. 22),

   to be served via electronic mail upon the parties as set forth in Exhibit 1, attached hereto.

---

[1] The Isle of Man registered number of Murray Holdings Limited is 080684C. The mailing address and registered office of Murray Holdings Limited is 69 Athol Street, Douglas, Isle of Man IM1 1JE.

4. On the 15th day of May, 2015, I caused a true and accurate copy of the:

(i) "Voluntary Petition" (Docket No. 1);

(ii) "Notice of Case Reassignment", along with the relevant exhibit (Docket No. 2);

(iii) "Verified Petition of Foreign Representatives for Recognition of the Isle of Man Scheme Proceeding as a Foreign Main Proceeding and Motion for (i) Recognition and Enforcement of the Isle of Man Scheme of Arrangement and the Order of the Isle of Man Court Sanctioning the Isle of Man Scheme of Arrangement, (ii) A Final Decree and (iii) Certain Related Relief" without the exhibits (Docket No. 3);

(iv) "Foreign Representatives' Statements and Lists Pursuant to Fed. R. Bankr. P. 1007(a)(4) and 7007.1" (Docket No. 4);

(v) "Declaration of Foreign Representatives in Satisfaction of 11 U.S.C. § 1515" without the exhibits (Docket No. 5);

(vi) "Declaration of Arnaldur Jon Gunnarsson in Support of Chapter 15 Petition and Requested Relief" without the exhibits (Docket No. 6);

(vii) "Declaration of Victoria Unsworth in Support of Chapter 15 Petition and Requested Relief" without the exhibits (Docket No. 7);

(viii) "Memorandum of Law in Support of Chapter 15 Petition for Recognition of Foreign Main Proceeding and Related Relief" (Docket No. 8); and the

(ix) "Motion of Foreign Representatives for an Order (i) Specifying the Form and Manner of Notice, (ii) Scheduling the Recognition Hearing and (iii) Granting Certain Related Relief", along with the Notice and the proposed Order (Docket No. 17);

(x) "Notice of Agenda of Matters Scheduled for Hearing on May 15, 2015 at 9:00 A.M." (Docket No. 20);

(xi) "Order (I) Specifying the Form and Manner of Notice, (II) Shceduling the Recognition Hearingand (III) Granting Certain Related Relief", along with the relevant exhibits (Docket No. 21); and the

(xii) "Notice of Filing of Petition and Hearing for Recognition of Isle of Man Scheme Proceedings as a Foreign Main Proceeding Under Chapter 15 of the United States Bankruptcy Code", along with the relevant exhibit (Docket No. 22),

to be served upon the parties as set forth in Exhibit 2, attached hereto, via First Class US Mail.

5. On the 15th day of May, 2015, I caused a true and accurate copy of the:

(i) "Order (I) Specifying the Form and Manner of Notice, (II) Scheduling the Recognition Hearing and (III) Granting Certain Related Relief", along with the relevant exhibits (Docket No. 21); and the

(ii) "Notice of Filing of Petition and Hearing for Recognition of Isle of Man Scheme Proceedings as a Foreign Main Proceeding Under Chapter 15 of the United States Bankruptcy Code", along with the relevant exhibit (Docket No. 22),

to be served upon the parties as set forth in Exhibit 3, attached hereto, via First Class US Mail.

6. I declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge. Executed this 18th day of May, 2015 at Brooklyn, New York.

By ______________________
Robert Rotman

Sworn before me this
18th day of May, 2015

______________________
Notary Public

September 14, 2017

# EXHIBIT 1

# Murray Holdings Limited
## Electronic Mail
## Exhibit Pages

05/15/2015 04:56:24 PM

000040P001-1330S-011
ADVOCATES SMITH TAUBITZ UNSWORTH LIMITED
.
. . .
VICKI@ADVOCATES.CO.IM

000044P001-1330S-011
ANDREW PAUL SHIMMIN
SHIMMIN WILSON
13-15 HOPE STREET
DOUGLAS, ISLE OF MAN IM1 1AQ
BRITISH ISLES
PAUL@SHIMMINWILSON.COM

000047P001-1330S-011
BANK CHAMBERS
JOHN WILD
15-19 ATHOL STREET
DOUGLAS, ISLE OF MAN IM1 1LB
BRITISH ISLES
JWILD@CALLINWILD.COM

000033P001-1330S-011
BANQUE HAVILLAND S.A
JUHO HILTUNEN
GROUP HEAD OF CREDIT, CREDIT DEPARTMENT
35A, AVENUE J.F. KENNEDY
L-1855
LUXEMBOURG
J.HILTUNEN@BANQUEHAVILLAND.COM

000055P001-1330S-011
BERWIN LEIGHTON PAISNER LLP
MICHAEL POLONSKY
ADELAIDE HOUSE
LONDON BRIDGE
LONDON EC4R 9HA
UNITED KINGDOM
MICHAEL.POLONSKY@BLPLAW.COM

000035P001-1330S-011
BONN STEICHEN & PARTNERS
FABIO TREVISAN
2 RUE PETERNELCHEN-IMMEUBLE
C2
HOWALD L-2370
LUXEMBOURG
FTREVISAN@BSP.LU

000036P001-1330S-011
BONN STEICHEN & PARTNERS
LAURE-HELENE GAICIO
2 RUE PETERNELCHEN-IMMEUBLE
C2
HOWALD L-2370
LUXEMBOURG
LHGAICIO@BSP.LU

000045P002-1330S-011
BOODLE HATFIELD LLP
ELIZABETH WEEKS
240 BLACKFRIARS ROAD
LONDON SE1 8NW
UNITED KINGDOM
EWEEKS@BOODLEHATFIELD.COM

000043P001-1330S-011
CAINS ADVOCATES LIMITED
PETER CLUCAS
FORT ANNE
DOUGLAS, ISLE OF MAN IM1 5PD
BRITISH ISLES
PETER.CLUCAS@CAINS.COM

000056P001-1330S-011
Friedman Kaplan Seiler & Adelman LLP
Attn: Anne E. Beaumont
7 Times Square
28th Floor
New York NY 10036-6516
abeaumont@fklaw.com

000042P001-1330S-011
GRANT THORNTON (BVI) LIMITED
MARK MCDONALD
THE BARRACKS
PO BOX 4259
171 MAIN STREET, 2ND FLOOR
ROAD TOWN, TORTOLA
BRITISH VIRGIN ISLANDS
MARK.MCDONALD@UK.GT.COM

000041P002-1330S-011
GRANT THORNTON UK LLP
STEPHEN AKERS
30 FINSBURY SQUARE
LONDON EC2P 2YU
UNITED KINGDOM
STEVE.J.AKERS@UK.GT.COM

000057P001-1330S-011
Goodwin Procter LLP
Attn: Gregory W. Fox
620 Eighth Avenue
New York Times Building
New York NY 10018-1405
gfox@goodwinprocter.com

000024P002-1330S-011
KAUPTHING HF
ARNALDUR JON GUNNARSSON
BORGARTUN 26, IS-105
REYKJAVIK
ICELAND
ARNALDUR.GUNNARSSON@KAUPTHING.COM

000025P002-1330S-011
KAUPTHING HF
ARNAR SCHEVING THORSTEINSSON
BORGARTUN 26, IS-105
REYKJAVIK
ICELAND
ARNAR.SCH.THORSTEINSSON@KAUPTHING.COM

000029P001-1330S-011
LENNOX PATON
SCOTT CRUICKSHANK
FLEMMING HOUSE, 4TH FLOOR
P.O. BOX 4012, ROAD TOWN
TORTOLA VG 1110
BRITISH VIRGIN ISLANDS
SCRUICKSHANK@LENNOXPATON.COM

000034P002-1330S-011
LOGOS LEGAL SERVICES LLP
GUOMUNDUR J. ODDSSON
.42 NEW BROAD STREET
.LONDON . .EC2M 1JD
UK
GUDMUNDUR.ODDSSON@LOGOSLEGALSERVICES.COM

000054P002-1330S-011
NABARRO LLP
BEN TRUST
125 LONDON WALL
LONDON EC2Y 5AL
UNITED KINGDOM
B.TRUST@NABARRO.COM

000021P001-1330S-011
OFFICE OF THE UNITED STATES TRUSTEE
LINDA RIFFKIN, ASSISTANT U.S. TRUSTEE
U.S. FEDERAL OFFICE BUILDING
201 VARICK STREET, SUITE 1006
NEW YORK NY 10014
LINDA.RIFFKIN@USDOJ.GOV

000022P001-1330S-011
OFFICE OF THE UNITED STATES TRUSTEE
PAUL K. SCHWARTZBERG, TRIAL ATTORNEY
U.S. FEDERAL OFFICE BUILDING
201 VARICK STREET, SUITE 1006
NEW YORK NY 10014
PAUL.SCHWARTZBERG@USDOJ.GOV

000030P002-1330S-011
OSCATELLO INVESTMENTS LIMITED & ELIZA LIMITED
SKADDEN ARPS SLATE MEAGHER & FLOM
DOMINIC MCCAHILL
40 BANK STREET
CANARY WHARF, LONDON E14 5DS
UNITED KINGDOM
DOMINIC.MCCAHILL@SKADDEN.COM

000038P002-1330S-011
STONEHAGE TRUST HOLDINGS (JERSEY) LIMITED
MARK LEWIS
NO.2 THE FORUM
GRENVILLE STREET
ST HELIER JE1 4HH
JERSEY
MARK.LEWIS@STONEHAGE.COM

000039P003-1330S-011
STONEHAGE TRUST HOLDINGS (JERSEY) LIMITED
PRUE TOMPKINS
NO.2 THE FORUM
GRENVILLE STREET
ST HELIER JE1 4HH
JERSEY
PRUE.TOMPKINS@STONEHAGE.COM

000058P001-1330S-011
Weil Gotshal & Manges
Attn: Marcia L. Goldstein
767 Fifth Avenue
New York NY 10153
marcia.goldstein@weil.com

**Murray Holdings Limited**
**Electronic Mail**
**Exhibit Pages**

 05/15/2015 04:56:24 PM

000059P001-1330S-011
White & Case, LLP
Attn: Richard A. Graham
1155 Avenue of the Americas
New York NY 10036
rgraham@whitecase.com

Records Printed : **25**

# EXHIBIT 2

# Murray Holdings Limited
# Exhibit Pages

000040P001-1330S-011
ADVOCATES SMITH TAUBITZ UNSWORTH LIMITED
.
. . .

000044P001-1330S-011
ANDREW PAUL SHIMMIN
SHIMMIN WILSON
13-15 HOPE STREET
DOUGLAS, ISLE OF MAN IM1 1AQ
BRITISH ISLES

000046P001-1330S-011
BANK CHAMBERS
CALLIN WILD
15-19 ATHOL STREET
DOUGLAS, ISLE OF MAN IM1 1LB
BRITISH ISLES

000047P001-1330S-011
BANK CHAMBERS
JOHN WILD
15-19 ATHOL STREET
DOUGLAS, ISLE OF MAN IM1 1LB
BRITISH ISLES

000033P001-1330S-011
BANQUE HAVILLAND S.A
JUHO HILTUNEN
GROUP HEAD OF CREDIT, CREDIT DEPARTMENT
35A, AVENUE J.F. KENNEDY
L-1855
LUXEMBOURG

000037P002-1330S-011
BERWIN LEIGHTON PAISNER LLP
MICHAEL POLONSKY
ADELAIDE HOUSE
LONDON BRIDGE
LONDON BRIDGE, LONDON EC4R 9HA
UNITED KINGDOM

000035P001-1330S-011
BONN STEICHEN & PARTNERS
FABIO TREVISAN
2 RUE PETERNELCHEN-IMMEUBLE
C2
HOWALD L-2370
LUXEMBOURG

000036P001-1330S-011
BONN STEICHEN & PARTNERS
LAURE-HELENE GAICIO
2 RUE PETERNELCHEN-IMMEUBLE
C2
HOWALD L-2370
LUXEMBOURG

000045P002-1330S-011
BOODLE HATFIELD LLP
ELIZABETH WEEKS
240 BLACKFRIARS ROAD
LONDON SE1 8NW
UNITED KINGDOM

000043P001-1330S-011
CAINS ADVOCATES LIMITED
PETER CLUCAS
FORT ANNE
DOUGLAS, ISLE OF MAN IM1 5PD
BRITISH ISLES

000052P001-1330S-011
ELFAR ADALSTEINSSON
634 HIGHTREE ROAD
SANTA MONICA CA 90402

000050P001-1330S-011
ELIZA LIMITED
PALM GROVE HOUSE
PO BOX 438
ROAD TOWN, TORTOLA VG1110
BRITISH VIRGIN ISLANDS

000056P001-1330S-011
Friedman Kaplan Seiler & Adelman LLP
Attn: Anne E. Beaumont
7 Times Square
28th Floor
New York NY 10036-6516

000042P001-1330S-011
GRANT THORNTON (BVI) LIMITED
MARK MCDONALD
THE BARRACKS
PO BOX 4259
171 MAIN STREET, 2ND FLOOR
ROAD TOWN, TORTOLA
BRITISH VIRGIN ISLANDS

000041P002-1330S-011
GRANT THORNTON UK LLP
STEPHEN AKERS
30 FINSBURY SQUARE
LONDON EC2P 2YU
UNITED KINGDOM

000057P001-1330S-011
Goodwin Procter LLP
Attn: Gregory W. Fox
620 Eighth Avenue
New York Times Building
New York NY 10018-1405

000005P001-1330S-011
INTERNAL REVENUE SERVICE
P.O. BOX 21126
PHILADELPHIA PA 19114

000006P001-1330S-011
INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
P.O. BOX 7346
PHILADELPHIA PA 19101-7346

000012P001-1330S-011
INTERNAL REVENUE SERVICE
MARIA I. VALERIO
INSOLVENCY GROUP 7 MGR.
290 BROADWAY
5TH FLOOR
NEW YORK NY 10007

000049P002-1330S-011
KAUPTHING FINANCE EHF
BORGARTUN 26
REYKJAVIK 105
ICELAND

000048P002-1330S-011
KAUPTHING HF
BORGARTUN 26
REYKJAVIK 105
ICELAND

000029P001-1330S-011
LENNOX PATON
SCOTT CRUICKSHANK
FLEMMING HOUSE, 4TH FLOOR
P.O. BOX 4012, ROAD TOWN
TORTOLA VG 1110
BRITISH VIRGIN ISLANDS

000034P002-1330S-011
LOGOS LEGAL SERVICES LLP
GUOMUNDUR J. ODDSSON
.42 NEW BROAD STREET
.LONDON . .EC2M 1JD
UK

000054P002-1330S-011
NABARRO LLP
BEN TRUST
125 LONDON WALL
LONDON EC2Y 5AL
UNITED KINGDOM

000004P001-1330S-011
NYC DEPT. OF FINANCE
ATTN: DEVORA COHN, LEGAL AFFAIRS
345 ADAMS STREET
3RD FLOOR
BROOKLYN NY 11201

000002P001-1330S-011
NYS DEPT. OF TAXATION & FINANCE
OFFICE OF COUNSEL
15 METROTECH CENTER
BROOKLYN NY 11201-3827

000001P001-1330S-011
NYS DEPT. TAXATION & FINANCE
BANKRUPTCY/SPECIAL PROCEDURES SECTION
P.O. BOX 5300
ALBANY NY 12205-0300

000003P001-1330S-011
NYS UNEMPLOYMENT INSURANCE FUND
P.O. BOX 551
ALBANY NY 12201

# Murray Holdings Limited
# Exhibit Pages

000009P001-1330S-011
OFFICE OF THE UNITED STATES TRUSTEE
U.S. FEDERAL OFFICE BUILDING
201 VARICK STREET
SUITE 1006
NEW YORK NY 10004

000051P001-1330S-011
OSCATELLO INVESTMENTS LIMITED
PALM GROVE HOUSE
PO BOX 443
ROAD TOWN, TORTOLA VG1110
BRITISH VIRGIN ISLANDS

000030P002-1330S-011
OSCATELLO INVESTMENTS LIMITED & ELIZA LIMITED
SKADDEN ARPS SLATE MEAGHER & FLOM
DOMINIC MCCAHILL
40 BANK STREET
CANARY WHARF, LONDON E14 5DS
UNITED KINGDOM

000019P001-1330S-011
PARKING VIOLATIONS BUREAU
210 JORALEMON AVENUE
BROOKLYN NY 11201

000031P002-1330S-011
PILLAR SECURITISATION S.A.R.L.
PREETI KOTWANI-KHITRI
BANQUE HAVILLAND S.A.
AT 35A, AVENUE J.F. KENNEDY
L-1855
LUXEMBOURG

000032P002-1330S-011
PILLAR SECURITISATION S.A.R.L.
ZAMYRA H. CAMMANS
BANQUE HAVILLAND S.A.
AT 35A, AVENUE J.F. KENNEDY
L-1855
LUXEMBOURG

000010P001-1330S-011
SECURITIES & EXCHANGE COMMISSION
JOHN MURRAY
NORTHEAST REGIONAL
THE WOOLWORTH BLDG.
233 BROADWAY
NEW YORK NY 10279

000011P001-1330S-011
SECURITIES & EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
ATTN: ANDREW CALAMARI, REGIONAL DIRECTOR
BROOKFIELD PLACE
200 VESSEY STREET, SUITE 400
NEW YORK NY 10281

000053P002-1330S-011
SIGURDUR EINARSSON
45 ORDNANCE HILL
LONDON NW8 6PS
UNITED KINGDOM

000020P001-1330S-011
SOCIAL SECURITY ADMINISTRATION
OFFICE OF THE REGIONAL CHIEF COUNSEL
26 FEDERAL PLAZA
ROOM 3904
NEW YORK NY 10278

000038P002-1330S-011
STONEHAGE TRUST HOLDINGS (JERSEY) LIMITED
MARK LEWIS
NO.2 THE FORUM
GRENVILLE STREET
ST HELIER JE1 4HH
JERSEY

000039P003-1330S-011
STONEHAGE TRUST HOLDINGS (JERSEY) LIMITED
PRUE TOMPKINS
NO.2 THE FORUM
GRENVILLE STREET
ST HELIER JE1 4HH
JERSEY

000007P001-1330S-011
UNITED STATES ATTORNEY
CLAIMS UNIT
ONE ST. ANDREW'S PLAZA
ROOM 417
NEW YORK NY 10007

000008P001-1330S-011
UNITED STATES ATTORNEY
ATTN: TAX & BANKRUPTCY UNIT
86 CHAMBERS STREET
3RD FLOOR
NEW YORK NY 10007

000058P001-1330S-011
Weil Gotshal & Manges
Attn: Marcia L. Goldstein
767 Fifth Avenue
New York NY 10153

000059P001-1330S-011
White & Case, LLP
Attn: Richard A. Graham
1155 Avenue of the Americas
New York NY 10036

Records Printed : **44**

# EXHIBIT 3

# Murray Holdings Limited
# Exhibit Page

000026P001-1330S-011
INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
P.O. BOX 7346
PHILADELPHIA PA 19101-7346

000024P002-1330S-011
KAUPTHING HF
ARNALDUR JON GUNNARSSON
BORGARTUN 26, IS-105
REYKJAVIK
ICELAND

000025P002-1330S-011
KAUPTHING HF
ARNAR SCHEVING THORSTEINSSON
BORGARTUN 26, IS-105
REYKJAVIK
ICELAND

000028P002-1330S-011
KIRNA EHF.
BORGARTUN 26, IS-105
REYKJAVIK
ICELAND

000023P001-1330S-011
MURRAY HOLDINGS LIMITED
69 ATHOL STREET
DOUGLAS, ISLE OF MAN IM1 1JE
BRITISH ISLES

000021P001-1330S-011
OFFICE OF THE UNITED STATES TRUSTEE
LINDA RIFFKIN, ASSISTANT U.S. TRUSTEE
U.S. FEDERAL OFFICE BUILDING
201 VARICK STREET, SUITE 1006
NEW YORK NY 10014

000022P001-1330S-011
OFFICE OF THE UNITED STATES TRUSTEE
PAUL K. SCHWARTZBERG, TRIAL ATTORNEY
U.S. FEDERAL OFFICE BUILDING
201 VARICK STREET, SUITE 1006
NEW YORK NY 10014

000027P001-1330S-011
U.S. SECURITIES AND EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
BROOKFIELD PLACE
200 VESEY STREET, SUITE 400
NEW YORK NY 10281-1022

Records Printed : **8**