**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>MURRAY HOLDINGS LIMITED,<br><br>Debtor. | Chapter 15<br><br>Case No. 15-11231 |

## ORDER RE: RECOGNITION HEARING

A hearing on the *Verified Petition of Foreign Representatives for Recognition of the Isle of Man Scheme Proceeding as a Foreign Main Proceeding and Motion for (I) Recognition and Enforcement of the Isle of Man Scheme of Arrangement and the Order of the Isle of Man Court Sanctioning the Isle of Man Scheme of Arrangement, (II) a Final Decree, and (III) Certain Related Relief* (the "Petition," ECF Doc. # 3), is scheduled for Thursday, June 25, 2015, at 2:00 p.m. Counsel for the Foreign Representatives has submitted a proposed form of order it seeks to have entered (the "Proposed Order," ECF Doc. # 22, Ex. I). During the hearing, counsel shall address the legal authority permitting the bankruptcy court to grant the relief specifically requested in the second paragraph of page six of the Proposed Order that provides that "any judgment, wherever and whenever obtained, to the extent such judgment is a determination of the personal liability of any entity released pursuant to the Deed of Settlement and Release or the Isle of Man Scheme . . . is unenforceable . . . ." (*Id.* at 6.)

    **IT IS SO ORDERED.**

Dated:   June 23, 2015
           New York, New York

                                                  /s/Martin Glenn
                                                MARTIN GLENN
                                     United States Bankruptcy Judge